**Order filed March 19, 2014**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-13-00349-CV
_____

### DRAKE INTERIORS, L.L.C., Appellant

### V

### ANDREA MARIE THOMAS & ROBERT WARREN THOMAS

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2009-22182**

---

## O R D E R

The clerk's record was filed May 20, 2013 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant's Second Amended Answer filed May 11, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 26, 2014, containing Defendant's Second Amended Answer filed May 11, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM